IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AMY BATES and JANET DEERING, on behalf of
themselves and all similarly-situated persons,

        Plaintiffs,

v.                                        C.A. No. 11-cv-00452 RGA

DELAWARE HEALTH CORPORATION d/b/a
HARBOR HEALTHCARE AND
REHABILITATION CENTER, CADIA
HEALTHCARE and HOOSIER CARE INC.,

        Defendants.
_____/

## [PROPOSED] ENTRY OF JUDGMENT

Pursuant to the parties' Request for Entry of Judgment [D.I. 259, 261], judgment is hereby entered against Defendants.

SO ORDERED this 21st day of February, 2014.

_____
The Honorable Richard G. Andrews