IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMY BATES and JANET DEERING, On behalf of themselves and all similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>DELAWARE HEALTH CORPORATION d/b/a HARBOR HEALTHCARE AND REHABILITATION CENTER, CADIA HEALTHCARE and HOOSIER CARE, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 11-cv-00452-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION AND ORDER**

The parties, by and through their undersigned counsel, and subject to the approval of

the Court, hereby stipulate and agree that briefing on Plaintiffs' motion for attorneys' fees will

proceed as follows:

Defendants' Answering Brief       May 13, 2014

Plaintiffs' Reply Brief             June 12, 2014

ROSENTHAL, MONHAIT & GODDESS, P.A.     YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Carmella P. Keener*

Carmella P. Keener, Esq. (No. 2810)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
Telephone: (302) 656-4433
Email: CKeener@RMGGLaw.com

~and~

MURPHY ANDERSON PLLC

*/s/ Mark Hanna*

1701 K Street NW, Suite 210
Washington, DC 20006
Telephone: (202) 223-2620
Facsimile: (202) 223-8651
Email: mhanna@murphypllc.com
*Attorneys for Plaintiffs*

*/s/ Barry M. Willoughby*

Barry M. Willoughby, Esq. (No. 1016)
Scott A. Holt, Esq. (No. 3399)
Margaret M. DiBianca, Esq. (No. 4539)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6666
Facsimile: (302) 571-3345
Email: bwilloughby@ycst.com
*Attorneys for Defendants*

01:15300740.1

SO ORDERED this _____ 3rd _____ day of _____, 2014.

_____
The Honorable Richard G. Andrews

2

01:15300740.1